COM.

v.

PRIEST, M.

905 WDA 2016

Superior Court of Pennsylvania.

06/08/2017

CP–04–CR–0001503–2009 (Beaver)

Affirmed

COM.

v.

DICKINSON, C.

959 WDA 2016

Superior Court of Pennsylvania.

06/08/2017

CP–02–CR–0008066–2015
CP–02–CR–0010547–2015
(Allegheny)

Vacated/Remanded

COM.

v.

KARENBAUER, P.

929 WDA 2016

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 9/19/2017

CP–37–CR–0000642–1995 (Lawrence)

Affirmed

COM.

v.

PINSON, P.

1067 WDA 2016

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 8/17/2017

CP–02–CR–0013750–1999
CP–02–CR–0014157–1999
(Allegheny)

Affirmed